# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

DEMETRIUS FLOWERS                                      PLAINTIFF

v.                                No: 4:20-cv-229-DPM

TIM RYALS, Sheriff; KEVIN NEAL,
Lieutenant; RUSTY PAGE, Sergeant;
ROBERT DOYAL, Corporal;
and REED MILLER, Captain,
Faulkner County Jail                                  DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Flowers hasn't paid the filing and administrative fees in this case. And a motion to proceed *in forma pauperis* would be futile because he is a three-striker. Before filing this lawsuit, he'd had at least two cases dismissed for failing to state a claim and a third dismissed as frivolous. *E.g.*, *Flowers v. Fogleman*, No. 3:07-cv-167-JMM; *Flowers v. Kasomen*, No. 3:08-cv-65-JLH; and *Flowers v. Wilson*, No. 4:08-cv-373-BRW. Further, nothing in Flowers's complaint or amended complaint suggests he's currently in imminent danger of serious physical injury. *Doc. 1 & 3*; 28 U.S.C. § 1915(g). His complaint will therefore be dismissed without prejudice. If Flowers wants to pursue this case, then he must pay the $400 filing and administrative fees and file a motion to reopen by 23 July 2020. An *in forma pauperis* appeal from this Order and

accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

23 June 2020