IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DEMETRIUS FLOWERS            PLAINTIFF

v.        No: 4:20-cv-229-DPM

TIM RYALS, Sheriff; KEVIN NEAL,
Lieutenant; RUSTY PAGE, Sergeant;
ROBERT DOYAL, Corporal;
and REED MILLER, Captain,
Faulkner County Jail            DEFENDANTS

## JUDGMENT

Flowers's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 June 2020